# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF THE STATE OF CALIFORNIA

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE USA, INC., a New York Corporation; and MITSUI SUMITOMO INSURANCE COMPANY, a New York Corporation<br><br>Plaintiffs,<br><br>v.<br><br>TOKIO MARINE & NICHIDO FIRE INSURANCE CO. LTD., a Japanese Corporation<br><br>Defendants. | Case No.  2:12- cv-09953 JAK (JCGx)<br><br>**[Hon. John A. Kronstadt]**<br><br>**JUDGMENT**<br><br>**JS-6** |

The Court having read and considered the moving and opposing papers filed by Plaintiffs Mitsui Sumitomo Insurance USA, Inc. and Mitsui Sumitomo Insurance Company (collectively, "Plaintiffs") and Defendant Tokio Marine & Nichido Fire Insurance Company ("TMNF") in connection with Plaintiffs' and Defendant's respective motions for summary judgment and upon the Court taking the motions under submission pursuant to Local Rule 7.15 and further to the Court's Order entered on July 2, 2014, good cause appearing, IT IS HEREBY

1  ADJUDGED, DECLARED AND DECREED that Defendant TMNF's motion for
2  summary judgment is GRANTED and Plaintiffs' motion for summary judgment is
3  DENIED.  Plaintiffs shall take nothing on their Complaint and Plaintiffs' action is
4  dismissed with prejudice.  TMNF is awarded its costs as the prevailing party.

7  Dated:  July 18, 2014          By: _____
                                       Hon. John A. Kronstadt
                                       United States District Judge